

# Fourth Court of Appeals
## San Antonio, Texas

June 23, 2016

No. 04-16-00233-CV

Julian **Guerra**,
Appellant

v.

**L&F DISTRIBUTORS, LLC**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013-CVZ-002396 C3
Roel Canales, Judge Presiding

# O R D E R

On June 7, 2016, this Court abated this appeal to the trial court to enter an order ruling on the motion to correct or modify judgment and to enter final judgment. This Court has received the supplemental clerk's record and reporter's record reflecting the trial court's corrected final judgment.

It is therefore ORDERED that this appeal is reinstated on the docket of this court. Appellant's brief shall be filed within 30 days of the date of this order.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court